IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC FLORES,

    Petitioner,

v.                                                     Case No. 5:15cv77-MW/GRJ

ERIC H. HOLDER, JR.,
et al.,

    Respondents.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." The Clerk shall close the file.

**SO ORDERED on June 5, 2015.**

                                                 s/Mark E. Walker           
                                                 **United States District Judge**